UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FELIPE B. NATIVIDAD, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>RESMAE MORTGAGE CORPORATION, et al.,<br><br>      Defendants. | Case No. 5:15-cv-02359-EJD<br><br>**ORDER TO SHOW CAUSE** |

On June 3, 2015, certain defendants named in the above-entitled action filed a Motion to Dismiss. See Docket Item No. 11. The motion was served on Plaintiffs Felipe B. Natividad and Diana O. Natividad ("Plaintiffs") at the address listed on the Complaint. See Docket Item No. 13. Pursuant to Civil Local Rule 7-3(a), Plaintiffs were required to file an opposition to the Motion to Dismiss on or before June 22, 2015. They did not do so. Nor did they appear for the ADR Phone Conference on August 26, 2015, despite notice of the conference.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute. If Plaintiffs do not, by **September 4, 2015**, demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the court.

In light of this order, the motion hearing and Case Management Conference scheduled for September 3, 2015, are VACATED.

**IT IS SO ORDERED.**

Dated: August 26, 2015

                                                                              _____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:15-cv-02359-EJD
ORDER TO SHOW CAUSE